FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: ED CR 12-0057-VAP-5
                           )
                Plaintiff, )
                           )
     vs.                   ) ORDER OF DETENTION AFTER HEARING
                           ) [Fed. R. Crim. P. 32.1(a)(6);
Javiya Brooks,             )  18 U.S.C. § 3143(a)]
                           )
                Defendant. )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District/Calif__ for alleged violation(s) of the terms and conditions of his/**her** [probation] **supervised release**; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (**X**)  The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **no known bail resources, prior warrant and**

1 | *failure to appear arrests, allegations of no-show*
2 | *for drug testing, prior revocations of release*
3 | _____
4 | and/or
5 | B. ( ) The defendant has not met his/her burden of establishing by
6 |   clear and convincing evidence that he/she is not likely to pose
7 |   a danger to the safety of any other person or the community if
8 |   released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 |   on: _____
10 | _____
11 | _____
12 | _____
13 |
14 |   IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: *11/20/2017*           _____/s/ Jean Rosenbluth_____
18 |                                JEAN ROSENBLUTH
                                   U.S. MAGISTRATE JUDGE

2