

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAVIYA BROOKS,

Defendant.

Case No.  CR 12-00057-VAP—5

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

## I.

On December 20, 2022, Defendant made her initial on the petition for revocation of supervised release and warrant for arrest issued on September 28, 2018.  Deputy Federal Public Defender ("DFPD") Jake Crammer was appointed to represent the defendant.  The government was represented by Assistant U.S. Attorney David Williams.  A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

　　　☒ the petition alleges that while on supervised release,  Defendant used amphetamines (positive laboratory test and admission regarding use), failed to report for drug testing, drug counseling, mental health treatment and absconded from supervision.

　　　☒ history of non-compliance while on Supervision evidenced by three prior revocations of supervised release.

B.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

　　　☒ allegations in the petition (see above)

2

1

III.

2        IT IS THEREFORE ORDERED that the defendant is remanded to the

3    custody of the U.S. Marshal pending further proceedings in this matter.

4    Dated: December 20, 2022

5

6

7                                   /s/
                             ALKA SAGAR

8                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28